## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:94CR10 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| WINSTON THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |

Treating it as a motion,

IT IS ORDERED that the defendant's "private ruling for misprison" (filing 208) is denied.

August 8, 2005.                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge