IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:94CR10 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| WINSTON THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the court's memorandum and order filed this date,

IT IS ORDERED that the defendant's motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence is dismissed on initial review. The clerk of the court shall close this file for statistical purposes.

March 23, 2007.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge